UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LEON LEVESQUE, a resident of Lewiston, County of Androscoggin, State of Maine, | ) ) ) ) | |
| Plaintiff | ) ) | Case No. _____ |
| v. | ) ) | |
| STEVE DOOCY, a resident of Wyckoff, County of Bergen, State of New Jersey, | ) ) ) ) ) | |
| BRIAN KILMEADE, a resident of Massapequa, County of Nassau, State of New York, | ) ) ) ) | |
| FOX NEWS NETWORK, LLC, a Delaware limited liability company with a place of business in New York, County of New York, State of New York, | ) ) ) ) ) ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Defendant | ) | |

Plaintiff Leon Levesque hereby complains as follows:

1. Plaintiff Leon Levesque is Superintendent of the School Department in Lewiston, Maine, and resides in Lewiston, County of Androscoggin, State of Maine.

2. Defendant Steve Doocy is a host of the *Fox & Friends* television program, and resides in Wyckoff, County of Bergen, State of New Jersey.

3. Defendant Brian Kilmeade is a host of the *Fox & Friends* television program, and resides in Massapequa, County of Nassau, State of New York.

4. Defendant Fox News Network, LLC is a Delaware limited liability company with a place of business in New York, County of New York, State of New York. Defendant Fox

News Network, LLC owns and operates the Fox News Channel, which broadcasts the national morning television program *Fox & Friends*.

5. This Court has jurisdiction over this matter under Title 28, *United States Code,* § 1332, because (a) it is a civil action; (b) the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs; and (c) it is an action between citizens of different states.

6. Venue is proper in the District of Maine at Portland pursuant to Rule 3(b) of the Local Rules of the United States District Court for the District of Maine, as Plaintiff is a resident of Maine and the cause of action arose in Androscoggin County, Maine.

7. Plaintiff demands a trial by jury.

8. On or about April 11, 2007, at Lewiston Middle School in Lewiston, Maine, a student placed a piece of leftover ham on a lunch table at which Somali Muslim students were sitting (the "Incident").

9. The student responsible was eventually suspended for ten (10) days. The Maine Attorney General, however, ultimately decided that the Incident did not constitute a hate crime.

10. On or about April 23, 2007, Nicholas Plagman uploaded a parody article concerning the Incident to Associated Content, http://www.associatedcontent.com, a website that publishes various forms of user-generated content. That article, *Student Leaves Ham Sandwich on Lunch Table Near Muslims, Suspended for Hate Crime: Somali Muslim Students Highly Offended, Scarred for Life*, fabricated quotes from, among others, the Plaintiff.

11. On multiple occasions on or about April 24, 2007, the *Fox & Friends* television program reported as fact untrue information regarding the Plaintiff from the Plagman parody

article. Such reports contained false and defamatory statements including, but not limited to, the following:

- From Defendant Doocy—
    - " … the superintendent and the school board looking into perhaps other charges against the kid because it's a hate crime."
    - "[T]he Center for Prevention of Hate Violence in that region says they are now working with the school to create an anti-ham response plan.  We are not making this up."
    - "Also, the superintendent, a fellow who we're gonna really try hard to get on our show tomorrow to explain all this stuff—Leon Levesque—he says, 'These children have got to learn that ham is not a toy.'"
    - "I can understand that [rolling a pig's head into a mosque] as a hate crime.  But, for a kid to put a sandwich on a table, that is crazy.  Here's our question this hour: a ham sandwich—is it a hate crime or is it just lunch?"
- From Defendant Kilmeade—
    - "[T]he superintendent, who looks as though he's going to the hilt with this, says it's akin to making these kids feel like they're being shot at back in Mogadishu and being starved to death."
    - "Yeah, I guess he's suspended right now pending further investigation according to Leon, so they're going to look into this.  The Muslims think pork is highly offensive and this pork in a bag is really bad and, by the way, something happened I guess last summer where someone cut the head off a pig and rolled it in a mosque.  They say this is akin to that."

12. Defendant Doocy stated on the broadcast that *Fox & Friends* was "not making this up," that they were "not being duped," and that he had "looked it up on a couple of different websites up there, from local papers."

13. Plaintiff has received a significant amount of electronic hate mail and harassing telephone calls as a result of the broadcast of the false and defamatory statements by Defendant Fox News Network, LLC on the *Fox & Friends* television program.

14. Plaintiff has suffered substantial damages as a result of the broadcast of the false and defamatory statements by Defendant Fox News Network, LLC on the *Fox & Friends* television program.

## COUNT I
### Libel

15. Plaintiff repeats and realleges paragraphs 1 through 14 as if fully set forth herein.

16. Defendants Doocy and Kilmeade reported false and defamatory information about Plaintiff, and Defendant Fox News Network, LLC broadcast the television program *Fox & Friends* on which such reports aired. The false and defamatory statements include, but are not limited to, those described in paragraph 11.

17. The false statements were reported and broadcast by the Defendants to viewers of the *Fox & Friends* television program.

18. The Defendants reported and broadcast the false statements about Plaintiff with knowledge of the falsity of the statements, or in reckless disregard of the truth or falsity of such statements.

19. The reporting and broadcasting of the false statements caused harm to Plaintiff's reputation in the community and in Plaintiff's profession.

WHEREFORE, Plaintiff respectfully requests this Court to award damages against all Defendants, plus interest, costs and such other relief as it may deem just and proper.

## COUNT II
## Libel Per Se

20. Plaintiff repeats and realleges paragraphs 1 through 19 as if fully set forth herein.

21. Many of the false and defamatory statements reported and broadcast by the Defendants to viewers of the *Fox & Friends* television program caused harm to Plaintiff in his profession, and constitute libel per se. Such statements include, but are not limited to, those described in paragraph 11.

WHEREFORE, Plaintiff respectfully requests this Court to award damages against all Defendants, plus interest, costs and such other relief as it may deem just and proper.

## COUNT III
## False Light Invasion of Privacy

22. Plaintiff repeats and realleges paragraphs 1 through 21 as if fully set forth herein.

23. Defendants gave publicity to a matter which placed Plaintiff in a false light before the public.

24. The false light would be highly offensive to a reasonable person.

25. Defendants acted in reckless disregard as to the falsity of the publicized matter and the false light in which Plaintiff would be placed.

WHEREFORE, Plaintiff respectfully requests this Court to award damages against all Defendants, plus interest, costs and such other relief as it may deem just and proper.

## COUNT IV
### Punitive Damages

26. Plaintiff repeats and realleges paragraphs 1 through 25 as if fully set forth herein.

27. The actions of Defendants Doocy and Kilmeade, as described in paragraph 11, and the actions of all of the Defendants in reporting and broadcasting the false and defamatory statements on the *Fox & Friends* television program, were motivated by ill will toward Plaintiff. Alternatively, said Defendants engaged in conduct which was so outrageous that malice toward Plaintiff can be implied.

28. Plaintiff is entitled to an award of punitive damages against Defendants.

WHEREFORE, Plaintiff respectfully requests this Court to award damages against all Defendants, including punitive damages, plus interest, costs and such other relief as it may deem just and proper.

Dated at Bangor, Maine, this 21st day of June, 2007.

                                                PLAINTIFF, Leon Levesque,

                                  BY   */s/ Bernard J. Kubetz*
                                              Bernard J. Kubetz, Esq.
                                              Eaton Peabody
                                              P. O. Box 1210
                                              80 Exchange Street
                                              Bangor, Maine 04402-1210
                                              (207) 947-0111
                                              bkubetz@eatonpeabody.com