UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEON LEVESQUE,<br><br>      Plaintiff<br><br>      v.<br><br>STEVE DOOCY, *et al.*<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   Docket No. 07-112-P-H<br>)<br>)<br>)<br>)<br>) |

## **LOCAL RULE 83.1(c)(1) VISITING LAWYER CERTIFICATION**

Pursuant to Local Rule 83.1(c)(1), I hereby certify as follows:

1.  I am admitted to practice in the United States Courts of Appeals for the Second, Seventh, Ninth, and Tenth Circuits; the United States District Courts for the Eastern, Southern, and Western Districts of New York; and the United States District Court for the District of Colorado. I am also admitted to the highest state court in New York.

2.  I obtained my J.D., cum laude, from the Benjamin Cardozo School of Law, and then clerked for the Honorable Edward Weinfeld of the United States District Court for the Southern District of New York. I also graduated from the University of Pennsylvania cum laude with distinction. I have repeatedly presented programs for the American Bar Association Section on Litigation, and am the Co-Chair of the Program Sub-Committees of the Section's Business Torts Litigation and Pre-Trial Practice Committees. I am also the regular outside litigation counsel for Defendant Fox News Network, LLC, and have handled defamation cases throughout the United States.

3.  I am not currently under any order of disbarment, suspension, or other discipline.

4.	For the purposes of this lawsuit, I shall have at all times associated with David A. Soley and John M.R. Paterson, members of the Bar of this Court, upon whom all process, notices, and other papers may be served, and who shall sign all papers filed with the Court and whose attendance at any proceeding may be required by the Court.

5.	My name and address are Dori Ann Hanswirth, Esq., Hogan & Hartson LLP, 875 Third Avenue, New York, New York  10022.  My phone number is (212) 918-3631.  My email address is dhanswirth@hhlaw.com.

I certify under the penalty of perjury that the foregoing is true and correct.  Executed on July 5, 2007.


/s/ Dori Ann Hanswirth
_____
Attorney for Defendants
Steve Doocy, Brian Kilmeade, and
Fox News Network, LLC


HOGAN & HARTSON LLP
875 Third Avenue
New York, New York  10022
(212) 918-3631

2