UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LEON LEVESQUE, ) | |
| ) | |
| Plaintiff ) | Case No. 07-112-P-H |
| ) | |
| v. ) | |
| ) | |
| STEVE DOOCY, et al, ) | |
| ) | |
| Defendants ) | |
| ) | |

## DECLARATION OF DORI ANN HANSWIRTH

I, **DORI ANN HANSWIRTH**, being over eighteen years of age and competent in all respects to testify, having personal knowledge of the facts set forth below, and having been duly sworn according to law, hereby state the following:

1. I am a member of the law firm of Hogan & Hartson LLP. We represent all of the defendants in this action: Steve Doocy, Brian Kilmeade and Fox News Network, LLC (collectively "Defendants").

2. A true and correct copy of the expert report dated December 10, 2007 and resume of Plaintiff's expert, Louis A. Ureneck ("Ureneck"), is annexed hereto as Exhibit A.

3. On January 11, 2008, Defendants deposed Ureneck. A true and correct copy of the relevant pages from the Transcript of the Deposition of Ureneck, along with relevant exhibits, is annexed hereto as Exhibit B.

4. On November 13, 2007, Defendants also deposed non-party witness Maureen Lachapelle ("Lachapelle"). Annexed as a part of Exhibit 1 to Lachapelle's deposition is the "Summary of LMS Incident and Proposed Action," by Susan Martin, dated April 18, 2007, which was included in a set of documents that Lachapelle brought with her to her deposition.

Exhibit 4 to Lachapelle's deposition includes certain suspension records from the Lewiston Middle School that Plaintiff produced in discovery in this action. A true and correct copy of the relevant pages from the Transcript of the Deposition of Lachapelle, and relevant portions of certain exhibits, is annexed hereto as Exhibit C.

5. On November 13, 2007, Defendants deposed non-party witness William A. Brochu ("Brochu"). A true and correct copy of the relevant pages from the Transcript of the Deposition of Brochu, is annexed hereto as Exhibit D.

6. Plaintiff produced in discovery a letter from the Office of the Attorney General to the Lewiston Police Department dated June 7, 2007. Defendants bates-stamped this document "P000113". A true and correct copy of the Attorney General letter is annexed hereto as Exhibit E.

7. On November 20, 2007, Defendants deposed non-party witness Scott Walker ("Walker"). A true and correct copy of a relevant page from the Transcript of the Deposition of Walker, is annexed hereto as Exhibit F.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 4, 2008.

/s/ Dori Ann Hanswirth
**DORI ANN HANSWIRTH**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I, Carlotta Cassidy, hereby certify that on February 4, 2008, I electronically filed the Declaration of Dori Ann Hanswirth and the exhibits annexed thereto with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Bernard J. Kubetz, Esq., counsel for Plaintiff.  I further hereby certify that on this date, I caused a copy thereof to be served by Federal Express upon Plaintiff's counsel at the following address:

> Bernard J. Kubetz, Esq.
> Eaton Peabody
> P.O. Box 1210
> 80 Exchange Street
> Bangor, Maine 04402-1210
> (207) 947-0111
> bkubetz@eatonpeabody.com

Dated: February 4, 2008
    New York, New York

/s/ Carlotta Cassidy
**Carlotta Cassidy**

\\\NY - 096405/000068 - 1071944 v1