**UNITED STATES DISTRICT COURT**
**District of Maine**

| | | |
|---|---|---|
| LEON LEVESQUE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:07-cv-112 |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVE DOOCY, ET AL | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ON BILL OF COSTS

Prevailing parties are entitled to move for an award of costs pursuant to Federal Rule of Civil Procedure 54(d)(1), which provides in pertinent part: "[e]xcept when express provision therefor is made either in a statute of the United States or in these rules, costs ... shall be allowed as of course to the prevailing party unless the court otherwise directs...." Those expenses which may be taxed are specified in 28 U.S.C. § 1920.

Defendants seek reimbursement for the fees of the court reporter, fees for witnesses, and costs as shown on the Mandate of Court of Appeals.

Fees of the Court Reporter and Deposition Transcript Costs

Defendants seek reimbursement for fees of the court reporter and deposition transcript expenses in the amount of $2682.80 for the costs of transcripts used in support of their motion for summary judgment. Under Title 28 U.S.C. §1920, transcript expenses "necessarily obtained for use in the case may be taxed as costs." The Clerk of Court will tax the plaintiff in this case with costs for deposition transcripts and one copy, including photocopying charges for any exhibits. However, postage, shipping and handling costs for the delivery of depositions are ordinary business expenses and may not be taxed as costs. Defendants' charges for items such as rough drafts, word indices, and mini-transcripts, which were incurred solely for the convenience

of counsel, are also disallowed. The Clerk of Court hereby taxes deposition transcript costs against the plaintiff in the amount of $2,389.81.

<u>Fees for Witnesses and Costs of Reproduction of the Appellate Brief</u>

Defendants seek reimbursement for their fees for witnesses, $195.60, and costs to reproduce the appellate brief, $104.50. These costs are also taxed against the plaintiff.

## ORDER

Having reviewed the relevant filings in this case, the Clerk orders costs to be taxed against the plaintiff and in favor of defendants in the amount of Two Thousand Six Hundred Eighty-nine Dollars and Ninety-one Cents ($2689.91).

IT IS SO ORDERED.

/s/   Linda L. Jacobson
Linda L. Jacobson
Clerk, U.S. District Court

Dated this 12th day of May, 2009